ACCEPTED
03-16-00581-CV
13853976
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/17/2016 2:22:14 PM
JEFFREY D. KYLE
CLERK

# No. 03-16-00581-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/17/2016 2:22:14 PM
JEFFREY D. KYLE
Clerk

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

**BROOKE BRUCE,**
**Appellant,**

**v.**

**CARTER BRUCE,**
**Appellee.**

On Appeal from the 345th Judicial District Court of Travis County, Texas
Trial Court Cause No. D-1-FM-06-002028

**FIRST MOTION FOR**
**EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

Kacy L. Dudley
State Bar No. 24069638
DUDLEY LAW, PLLC
1717 West Sixth Street, Suite 315
Austin, Texas 78703
(512) 617-3975 (telephone)
(512) 479-7910 (facsimile)
kdudley@dudley-law.com

COUNSEL FOR APPELLANT

TO THE HONORABLE THIRD COURT OF APPEALS IN AUSTIN, TEXAS:

Appellant Brooke Bruce ("Appellant") files this First Motion for Extension of Time to File Petition for Review under TEX. R. APP. P. 10.1, 10.5(b), and 38.6(d), and in support thereof would respectfully show the following:

1. Appellant's Brief is currently due on Monday, November 21, 2016. Appellant requests an extension of time of thirty days, to December 21, 2016. This is Appellant's first request for an extension of time in this case.

2. The extension will permit counsel to fully analyze the record and relevant law and thus prepare thorough briefing to aid the Court in its consideration of this appeal: to conduct additional legal research as appropriate, and to include such additional factual and legal support in the briefing to present to this Court.

3. In addition to preparing the briefs in this case, counsel for Appellant, who is the sole attorney in her law practice, has recently devoted time to discovery responses in two different matters due November 11 and November 15, various hearings, mediations and attending a seminar in addition to the other legal and administrative responsibilities of managing a law practice.

4. The undersigned has attempted to confer with opposing counsel, who has not yet responded. This extension is not sought for delay, and no party will be prejudiced if it is granted.

For the foregoing reasons, Appellant respectfully requests that the Court grant this thirty-day extension to file her brief, creating a new deadline of December 21, 2016.

Respectfully submitted,

DUDLEY LAW, PLLC
1717 West Sixth Street, Suite 315
Austin, Texas 78703
(512) 617-3975 Telephone
(512) 479-7910 Facsimile

By: /s/ Kacy L. Dudley
Kacy L. Dudley
State Bar No. 24069638
kdudley@dudley-law.com

## CERTIFICATE OF CONFERENCE

As required by TEX. R. APP. P. 10.1(a)(5), I certify that via email on November 17, 2016, I attempted to confer with Ms. Cecilia Wood, counsel for CARTER BRUCE, who has not yet indicated whether this motion is opposed.

/s/ Kacy L. Dudley
Kacy L. Dudley

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in accordance with the Texas Rules of Appellate Procedure on Thursday, November 17, 2016 as follows:

Cecilia M. Wood
919 Congress Ave., Ste. 830
Austin, Texas 78701
Via Email: Cecilia@ceciliawood.com

*Attorney for Carter Bruce*

/s/ Kacy L. Dudley
Kacy L. Dudley